UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT, AND LEGAL SERVICES FUNDS by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr., Saul Singer, Ross Pepe, and Jeffrey Isaacs as Trustees and fiduciaries of the Funds, and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456, | **JUDGMENT** |
| Plaintiffs, | |
| - against – | |
| KOSKI TRUCKING, INC., and KEITH KOSKI, Individually, | Civil Action No. 7:25-cv-07498 (CS) |
| Defendant. | |

PURSUANT TO THE Court's Text Order entered in the above referenced case on February 6, 2026 [Docket No. 41] and Section 515(g)(2) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1132(g)(2), the Clerk of the District Court shall enter judgment against Defendant Koski Trucking, Inc. for $427,324.26 representing $290,980.50 in contributions and deductions for work in covered employment during the period January 1, 2023 through July 31, 2025; $38,582.85 in prejudgment interest; $30,115.86 in liquidated damages; and $67,645.05 in attorneys' fees and costs. Plaintiffs shall have execution on this Judgment, and Plaintiffs shall be entitled to post-judgment interest at the rate provided for by 29 U.S.C. §1961(a).

Dated: February 9, 2026
White Plains, New York

ENTERED: SO ORDERED.

_____
Honorable Cathy Seibel
U.S. District Court Judge

4897-4577-2407 v.1